# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) ) ) Case No. 15-mj-01150-NYW |
| Salvador Antonio Ponce | ) ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, Detective Christopher Pyler, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about July 25, 2014, in the State and District of Colorado, SALVADOR ANTONIO PONCE, did violate 18 U.S.C. § 2113(b), Bank Robbery.

On or about August 13, 2014, in the State and District of Colorado, SALVADOR ANTONIO PONCE, did violate 18 U.S.C. § 2113(b), Bank Robbery.

This criminal complaint is based on these facts:
See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/Christopher Pyler*
*Complainant's signature*

Christopher Pyler, Detective, Westminster Police
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **10 Sep 2015**

Nina Y. Wang   *Judge's signature*
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado