IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No. 15-cr-00370-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SALVADOR PONCE,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE AGAINST DEFENDANT PONCE

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture Against Defendant Ponce (ECF No. 58), pursuant to Fed. R. Crim. P. 32.2. The Court, having read said motion and being fully advised in the premises, finds:

On September 16, 2015, a grand jury charged Defendant Salvador Ponce with one count of bank robbery in violation of 18 U.S.C. § 2113(a). The Indictment also sought forfeiture in the form of a personal money judgment against Defendant Ponce pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). (Indictment, ECF No. 3.)

On December 14, 2015, the United States and Defendant Ponce entered into a plea agreement, which provides a factual basis and cause to issue a personal money judgment under § 981(a)(1)(C), § 2461(c), and Rule 32.2. (*See* ECF No. 54.)

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $450 is subject to forfeiture as proceeds obtained by Defendant Ponce through commission of the offense to which he has pleaded guilty (Count 1 of the Indictment).

THAT a Preliminary Order of Forfeiture for a personal money judgment against

Defendant Ponce in the amount of $450 shall be entered in accordance with §§ 981(a)(1)(C) and 2461(c). Pursuant to Fed. R. Crim. P. 32.2, this forfeiture money judgment shall become final as to Defendant Ponce at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Fed. R. Crim. P. 32.2.

DATED this 12th day of January, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge